IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03-CR-67-GCM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEWIS MOSES BYRD | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant's Motion for Court Transcripts Without Payment [doc. 53] filed on October 19, 2007 requesting the transcripts of April 12, 2005 and January 24, 2006.

For cause shown, the motion is hereby GRANTED and the Clerk's Office is hereby directed to obtain a copy of said transcripts and forward them to the defendant at no charge.

It is so ordered.

Signed: October 29, 2007

Graham C. Mullen
United States District Judge