IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CR-67-GCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **ORDER** |
| **LEWIS BYRD** | |

**THIS MATTER** is before the court upon Defendant's Unopposed Motion for Early Termination of Supervised Release filed on November 1, 2024. For cause shown, and upon consent of the United States of America, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: November 15, 2024

Graham C. Mullen
United States District Judge